**Jose Alfego PARTIDA–SERRANO, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–70618.
Agency No. A38–084–568.

United States Court of Appeals, Ninth Circuit.

Submitted May 5, 2005.[*]

Decided May 13, 2005.

Dan R. Larsson, Law Office of Dan R. Larsson, Bend, OR, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, District Counsel, Office of the District Counsel Department of Homeland Security, Portland, OR, Cindy S. Ferrier, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before GOODWIN, TASHIMA, and CLIFTON, Circuit Judges.

### ORDER

Petitioner Partida faces removal based upon a conviction for an aggravated felony. In his petition for review, petitioner does not challenge the classification of his prior

---

* The panel unanimously finds this case suitable for submission without oral argument. *See* Fed. R.App. P. 34(a)(2)(C).

conviction as an "aggravated felony" under the Immigration and Nationality Act, 8 U.S.C. § 1101(a)(43)(A), and we agree that it so qualifies. That being the case, we lack jurisdiction to review petitioner's order of removal. 8 U.S.C. § 1252(a)(2)(C). We therefore treat his petition as a petition for a writ of habeas corpus under 28 U.S.C. § 2241, and transfer it to the United States District Court for the District of Oregon. *See Cazarez–Gutierrez v. Ashcroft,* 382 F.3d 905, 919 (9th Cir.2004) (citing 28 U.S.C. § 1631). Upon transfer, Partida may make any necessary amendments to perfect the form of the petition. *See Salvatierra–Cermeno v. Gonzales,* 404 F.3d 1119, slip op. at 4190 (9th Cir.2005).

. **PETITION TRANSFERRED.**